# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-9513 PA (CWx) | Date | January 28, 2010 |
|---|---|---|---|
| Title | Lompoc Police Officers Ass'n, et al. v. William Yanonis, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

The parties are ordered to show cause why they should not file a Notice of Related Case as required by Local Rule 83-1.3 indicating that this action is related to <u>Agustin Arias, et al. v. City of Lompoc</u>, Case No. CV 09-8412GHK (CWx).  The parties' responses to the order to show cause shall be filed no later than February 5, 2010.  The filing of a Notice of Related Case shall be deemed a response to the order to show cause.

IT IS SO ORDERED.

_____ : _____
Initials of Preparer